LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

05-00084

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. _____ |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | **IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE** |
| ) | [21 U.S.C. §§ 952(a) and 960 and 18 U.S.C. § 2] |
| DOUGLAS DUCKJOO KIM, ) | |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about November 24, 2005, in the District of Guam and elsewhere, the defendant, DOUGLAS DUCKJOO KIM, did unlawfully, intentionally and knowingly import into the United States from a place outside thereof, approximately 2,911.6 grams, gross weight, of

//
//
//
//
//
//
//
//
//

methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960, and Title 18, United States Code, Section 2.

Dated this 7th day of December, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant __X__    New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**05-00084**

**Defendant Information:**

Juvenile: Yes ____ No _X_    Matter to be sealed: _X_ Yes ____ No

Defendant Name ___Douglas Duckjoo Kim___

Allisas Name _____

Address _____

Birth date __XX/XX/1949__ SS# _N/A_ Sex _M_ Race _A_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** _X_ No ____ Yes    List language and/or dialect: ___N/A___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___    ____ Petty ____ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 952(a), 960, and 18 U.S.C. § 2 | IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __12/6/05__    Signature of AUSA: _[signature]_