ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC - 7 2005 ๆ ρ
MARY L.M. MORAN
CLERK OF COURT

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

7          IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF GUAM

9

10  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 05 - 00084
                                       )
11                  Plaintiff,         )
                                       )
12          vs.                        )    **UNITED STATE'S APPLICATION**
                                       )    **TO SEAL RECORD**
13                                     )
                                       )
14  DOUGLAS DUCKJOO KIM,               )
                                       )
15                  Defendant.         )
    _____ )

16
        COMES NOW the United States moves this Honorable Court for an order sealing the
17
    record in the above-entitled case for the reason that further investigation is still pending in this
18
    matter, which may be hindered by making this cause available for public scrutiny.
19
        Respectfully submitted this __7th__ day of December, 2005.
20

21                                          LEONARDO M. RAPADAS
                                            United States Attorney
22                                          Districts of Guam and NMI

23
                                     By:    _____
24                                          MARIVIC P. DAVID
                                            Assistant U.S. Attorney
25

26

27

28