
FILED
DISTRICT COURT OF GUAM
DEC -8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>**DOUGLAS DUCKJOO KIM,**<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00084<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to December 7, 2005.

Dated this 8TH day of December, 2005.

_____
**JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM**