LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 8 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DOUGLAS DUCKJOO KIM, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00084 <br><br> **ORDER** <br> Re: December 7, 2005 <br> United States' Application <br> to Seal Record |

This matter having come before this Honorable Court based on the United State's Application to Seal the Record in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the record be sealed, until otherwise Ordered by the Court.

DATE: 12/8/2005

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam