# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Douglas Duckjoo Kim,<br><br>Defendant. | Case No. 1:05-cr-00084 *SEALED*<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order and Order of Detention Pending Trial filed December 9, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *December 8, 2005* | *December 9, 2005* | *December 9, 2005*<br>*(Order of Detention)* | *December 9, 2005*<br>*(Order of Detention* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order and Order of Detention Pending Trial filed December 9, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 9, 2005    /s/ Marilyn B. Alcon
                                      Deputy Clerk