(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant



FILED
DISTRICT COURT OF GUAM

JAN 03 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00084 |
|---|---|---|
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| vs. | ) | |
| DOUGLAS DUCKJOO KIM, | ) | |
| Defendant. | ) | |

Douglas Duckjoo Kim, defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, Alexander A. Modaber, Esq., Assistant Federal Public Defender, his court-appointed attorney of record in the above-entitled proceeding, each of the

(SUBSTITUTION OF ATTORNEYS)
Case No. CR 05-00084

undersigned consenting hereto.

Dated at Hagåtña, Guam, this 30th day of December, 2005.

_____
DOUGLAS DUCKJOO KIM
Defendant

_____
ALEXANDER A. MODABER
For OFFICE OF THE FEDERAL PUBLIC
    DEFENDER
Withdrawing attorney for
    defendant

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Substituting attorney for
    defendant

(\DOCUMENT\Subatty.DKim)

2