(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant

FILED
DISTRICT COURT OF GUAM
JAN 03 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 05-00084 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| DOUGLAS DUCKJOO KIM, | ( | |
| Defendant. | ( | |

Defendant having filed a substitution of attorneys, and the Court being fully advised,

IT IS ORDERED that the substitution of attorneys is approved, and

IT IS FURTHER ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as defendant's retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, Alexander A. Modaber, Esq., Assistant Federal Public Defender, his court appointed attorney of record in the above-entitled proceeding.

Dated this 3rd day of January, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

RECEIVED
(\DOCUMENT\Order.Kim)
JAN 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL