(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for defendant



FILED
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

-----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 05-00084 |
| Plaintiff, | ( ) | DECLARATION AND MOTION FOR CONTINUANCE, ETC. |
| vs. | ( ) | |
| DOUGLAS DUCKJOO KIM, | ( ) | |
| Defendant. | ( | |

-----------

I, Howard Trapp, declare, that the indictment in this case was filed on December 7, 2005.

2. The original attorney for defendant in this case was Alexander A. Modaber, Esq., Assistant Federal Public Defender.

3. Mr. Modaber was court-appointed. On January 3, 2006, I was

ORIGINAL

(DECLARATION AND MOTION FOR CONTINUANCE, ETC.)
Case No. CR 05-00084

substituted as the attorney for defendant in the place and stead of Mr. Modaber.

4. I am retained.

5. The case is set for trial on February 7, 2006.

6. The deadline for the parties to make pretrial motions was last Friday.

7. I am informed and believe that defendant suffers form parkinsonism. I am informed and believe that defendant is in pain. Defendant is detained. I am informed and believe that defendant has not received adequate treatment. Working with defendant under these circumstances is difficult if not impossible.

8. In addition to the present case, I represent the defendants in nine cases scheduled to be tried between now and April 5, 2006. Two of these cases are in this Court; the other seven are in the Superior Court of Guam. (Of course it is not possible to say that all or any of these cases will actually go to trial, but in the meantime they must all be addressed.)

9. I am the attorney for defendant-appellant in *United States v. Peter*

2

(DECLARATION AND MOTION FOR CONTINUANCE, ETC.)
Case No. CR 05-00084

*B. Blas*, No. 05-10631 in the United States Court of Appeals for the Ninth Circuit. I have procured an extension for filing defendant-appellant's brief. The extension is to February 17, 2006. I do not believe I could procure another.

9. In light of the foregoing, the failure to grant a continuance until as least April 17, 2006, would for all practical purposes deny defendant reasonable time to obtain counsel and would also deny me the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10. The attorney for the government is Marivic P. David, Esq., Assistant United States Attorney, Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910, telephone (671) 479-4120. I have discussed the continuance with Ms. David. Ms. David has graciously consented thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Wherefore defendant respectfully moves that the trial of this case be continued until at least April 17, 2006, and that the deadline for the parties to make pretrial motions be extended for at least six weeks, all on the ground that the ends

3

(DECLARATION AND MOTION FOR CONTINUANCE, ETC.)
Case No. CR 05-00084

of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial in that the failure to grant such a continuance and extension would for all practical purposes deny defendant reasonable time to obtain counsel and would also deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Executed on January 24, 2006 at Hagåtña, Guam.

*[signature]*

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(Documents\DecMtnCont.DKim)

4

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on January 24, 2006, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2006, at Hagåtña, Guam.

                                              REINA Y. URBIEN