(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone 477-7000

Attorney for defendant



FILED
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 05-00084 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| DOUGLAS DUCKJOO KIM, | ( | |
| | ) | |
| Defendant. | ( | |

Defendant having moved for an order that the trial of this case be continued until at least April 17, 2006, and that the deadline for the parties to make pretrial motions be extended for at least six weeks, and it appearing to the court that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial in that the failure to grant such a continuance and extension would for all practical purposes deny defendant reasonable time to

# ORIGINAL

ORDER
Case No. CR 05-00084

obtain counsel and would also deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the Court being otherwise fully advised,

IT IS ORDERED that the trial of this case is continued to Tuesday, May 9, 2006, at 9:00 A.M., and

IT IS FURTHER ORDERED that the deadline for the parties to make pretrial motions is extended to March 10, 2006.

IT IS FURTHER ORDERED that the period of delay between the filing of the motion (January 24, 2006) and the May 9, 2006 trial date is hereby excluded from computation under the Speedy Trial Act.

Dated at Hagåtña, Guam, this 24th day of January, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

(ORDER.DKim.wpd)

2