IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

**FILED**
DISTRICT COURT OF GUAM
APR 28 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00084         DATE: 04/28/2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:15:08 - 10:38:08

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa / J. Lizama

**********************APPEARANCES**************************

**DEFT:** DOUGLAS DUCKJOO KIM
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

**ATTY:** HOWARD TRAPP
( X ) PRESENT   ( X ) RETAINED   ( ) FPD   ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID

AGENT:

U.S. PROBATION: JOHN SAN NICOLAS

U.S. MARSHAL: C. MARQUEZ

INTERPRETER: DONG LEE

LANGUAGE: KOREAN

**PROCEEDINGS:** CHANGE OF PLEA

( X ) DEFENDANT SWORN AND EXAMINED: AGE: 57   HIGH SCHOOL COMPLETED: 4 YEARS COLLEGE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: APRIL 27, 2006   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( X ) STATUS HEARING: AUGUST 15, 2006 at 2:00 P.M.

PROCEEDINGS CONTINUED TO: _____ at _____

( X ) DEFENDANT TO REMAIN IN CUSTODY

**NOTES:**

**Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Court executed the Report and Recommendation Concerning Plea of Guilty.**