# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Douglas Duckjoo Kim,<br><br>    Defendant. | Case No. 1:05-cr-00084 *SEALED*<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed April 28, 2006***, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office*<br>*May 1, 2006* | *Howard Trapp*<br>*May 1, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed April 28, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 1, 2006              /s/ Marilyn B. Alcon
                                            Deputy Clerk