# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

vs.

Douglas Duckjoo Kim,

        Defendant.

Case No. 1:05-cr-00084 *SEALED*

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Status Conference filed May 17, 2006***, on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　　*Howard Trapp*
*May 18, 2006*　　　　　　　　　　　　　　*May 18, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Status Conference filed May 17, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 18, 2006　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　Deputy Clerk