ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00084 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| DOUGLAS DUCKJOO KIM, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, DOUGLAS DUCKJOO KIM, by and through his attorney, Howard Trapp, and hereby stipulate and request that the status conference currently set for

//
//
//
//

August 15, 2006, be continued approximately four (4) months thereafter to be set by the Court.

SO STIPULATED:

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and NMI

8/14/06
_____
Date                                        MARIVIC P. DAVID
                                              Assistant U.S. Attorney

AUG 1 4 2006
_____
Date                                        HOWARD TRAPP
                                              Attorney for Defendant

2