LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS DUCKJOO KIM,<br><br>　　　　　　　　　Defendant. | CRIMINAL CASE NO. 05-00084<br><br>**ORDER**<br><br>**Re: August 14, 2006 Stipulation<br>To Continue Status Hearing** |

Based on the stipulation of the parties filed August 14, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the status conference presently scheduled for August 15, 2006, is continued to December 15, 2006, at 2:00 p.m.

DATE: August 15, 2006

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

**ORIGINAL**