ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00084 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF PARTIES TO VACATE STATUS HEARING, UNSEAL THE RECORD, AND SET SENTENCING** |
| vs. | ) | |
| DOUGLAS DUCKJOO KIM, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, the defendant, and his counsel, Howard Trapp, hereby stipulate to vacate the status hearing, now scheduled for

//
//
//
//
//
//
//

1  December 15, 2006, unseal the record, and set this case for sentencing as soon as the Court's
2  schedule permits.
3      SO STIPULATED.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                        Districts of Guam and NMI

DATED: 11-17-06                    By: _____
                                        MARIVIC P. DAVID
                                        Assistant U.S. Attorney

DATED: 11-17-06                    _____
                                        DOUGLAS DUCKJOO KIM

DATED: NOV 17 2006              _____
                                        HOWARD TRAPP
                                        Attorney for Defendant