LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00084 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | **Re: Stipulation of Parties** |
| DOUGLAS DUCKJOO KIM, ) | |
| Defendant. ) | |

Based on the Stipulation of Parties filed November 17, 2006, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status hearing is vacated, the record is unsealed, and that sentencing is set for February 21, 2007, at 9:30 a.m. The presentence investigative report is due on January 17, 2007.

DATE: 11-23-86
NOV 23 2006

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

**ORIGINAL**