# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA

V.

DOUGLAS DUCKJOO KIM

NOTICE

CASE NUMBER: CR-05-00084

TYPE OF CASE:
☐ CIVIL     X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |
| TYPE OF PROCEEDING<br><br>SENTENCING | |

**FILED**
DISTRICT COURT OF GUAM
DEC 19 2006
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Wednesday, February 21, 2007 at 9:30 a.m. | CONTINUED TO DATE AND TIME<br><br>Wednesday, February 21, 2007 at 8:30 a.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

December 19, 2006
DATE

(BY) DEPUTY CLERK

TO:    U.S. Attorney's Office     Howard Trapp     U.S. Probation Office     U.S. Marshals Service