LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
FEB -8 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00084 |
|---|---|
| Plaintiff, | ) |
| vs. | ) GOVERNMENT'S RESPONSE TO |
| | ) PRESENTENCE INVESTIGATION |
| | ) REPORT; AND MOTION FOR |
| | ) ADDITIONAL ONE-LEVEL |
| | ) DEPARTURE FOR |
| DOUGLAS DUCKJOO KIM, | ) ACCEPTANCE OF RESPONSIBILITY |
| Defendant. | ) |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following notation:

The defendant has assisted authorities in the investigation and prosecution of his own misconduct by notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Thus, paragraph 33 correctly reflects that an additional one-level decrease for acceptance of responsibility under USSG § 3E1.1(b) is warranted.

Dated this 7th day of February 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney