(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

FEB 16 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

-----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00084 |
| | ) | |
| Plaintiff, | ( | SENTENCING |
| | ) | MEMORANDUM |
| vs. | ( | |
| | ) | |
| DOUGLAS DUCKJOO KIM, | ( | |
| | ) | |
| Defendant. | ( | |

-----------

I

The probation officer says, "The minimum term *must* be satisfied by a sentence of imprisonment." (Letter from Frank Michael Cruz, Chief U.S. Probation Officer, to Hon. Frances M. Tydingco-Gatewood, Chief Judge, District Court of Guam, at 1 (Feb. 8, 2007)(emphasis added).) This, however, is wrong. The United States Sentencing Guidelines are "effectively advisory." (*United States*

(Sentencing Memorandum)
Criminal Case No. 05-00084

*v. Booker*, 543 U.S. 220, 245 (2005).)

## II

Kim suffers from an extraordinary physical impairment. (Presentence Report at paras. 50-54.) "[A]n *extraordinary* physical impairment may be a reason to depart downward." (U.S.S.G. § 5H1.4, p.s. (emphasis added)) And a downward departure may be granted for *any* physical impairment, just so long as it is reasonable. (*See United States v. Mohamed*, 459 F.3d 979, 986 (9th Cir. 2006)("the better view is to treat the scheme of downward . . . 'departures' as essentially replaced by the requirement that judges impose a 'reasonable' sentence").)

## III

"The court, in determining the particular sentence to be imposed, shall consider . . . the nature and circumstances of the offense and the history and characteristics of the defendant." (18 U.S.C. § 3553(a)(1).) Kim suffers from an extraordinary physical impairment. (Presentence Report at paras. 50-54.) He was a mere courier, on just a single occasion. (Presentence Report at paras. 18, 19.)

2

(Sentencing Memorandum)
Criminal Case No. 05-00084

IV

"A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences . . . as a result of the offense for which the sentence was imposed. (18 U.S.C. § 3585(b)(1).) "From November 24, 2005 to the Sentencing date of February 21, 2007, [Kim] will have been in custody for approximately one year, two months and 29 days." (Presentence Report at para. 13.) Kim respectfully requests that the term of his imprisonment not exceed the one year, two months, and twenty-nine days he has spent in official detention as a result of the offense for which he is to be sentenced.

    Dated, Hagåtña, Guam,

        February 16, 2007.

                Respectfully submitted,

                *[signature]*
                HOWARD TRAPP
                For HOWARD TRAPP INCORPORATED
                Attorney for Defendant

(Documents/SentMemo.DKim)

3

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on February 17, 2007, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on February 16, 2007, I served the document to which this declaration is annexed on Maria C. Cruz, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2007, at Hagåtña, Guam.

/s/ REINA Y. URBIEN