# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00084-001      DATE: February 21, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 8:38:28 - 9:41:10
CSO: B. Benavente

**APPEARANCES:**
Defendant: Douglas Duckjoo Kim      Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David      U.S. Agent: John Duenas, I.C.E.
U.S. Probation: Maria Cruz      U.S. Marshal: D. Punzalan / S. Lujan / T. Muna
Interpreter: Sung Woo Yoon      Language: Korean

**PROCEEDINGS: Sentencing**
- Government's Motion for one-level downward departure for acceptance of responsibility was granted.
- Defendant committed to the Bureau of Prisons for a term of 24 months, with credit for time served.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: